175 F.3d 1010
 Kenneth Winston Ashford
v.
Steven Skiles, Officer, James Neimer, Officer, Andrew
Morgan, Officer, Jeff Crouse, Officer, Ken Switzer, Officer,
Ralph Anderson, Officer, Guarini, Warden, Nancy, Nurse, Ann
Newcomer, Nurse, Jeff Krause, Officer, Nancey Moyer, Nurse,
St. Joseph Hospital, et al.
 NO. 97-1710
 United States Court of Appeals,
Third Circuit.
 February 17, 1999
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.